**Order filed, May 14, 2013.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-13-00313-CR
NO. 14-13-00314-CR
_____

**BRANDON JAMES ANGEL-CROWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1299754, 1304292**

---

## ORDER

The reporter's record in this case was due **May 7, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Mary Ann Rodriguez**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM